FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JOHANNES VERMAAK,<br>DEFENDANT(S). | CASE NUMBER<br><br>SA10-402M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _October 8_____, _2010_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/7/10_____

_____
MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge